Nick Heimlich (SBN 233232)
Law Offices of Nicholas D. Heimlich
900 Lafayette Street, Suite 509
Santa Clara, CA 95050
Tel: (408) 457-9364
Fax: (408) 257-9904
Eml: nick@nickheimlichlaw.com

Attorneys for Plaintiff

NO SLIPPY HAIR CLIPPY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NO SLIPPY HAIR CLIPPY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALMAR SALES CO., INC., <br><br> AND DOES 1-100, INCLUSIVE; <br><br> Defendants. | Case No. 2:10-CV-01478-JAM-JFM <br><br> Judge: John A. Mendez <br><br> **ORDER REGARDING DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE, OR TRANSFER** <br><br> DATE: November 17, 2010 <br> Time: 9:30 a.m. <br> Courtroom: Courtroom 6, 14th Floor <br> Judge: The Hon. John A. Mendez |

The Court has reviewed Defendant's MOTION TO DISMISS OR TRANSFER VENUE, and considered all admitted documents and arguments, declarations and exhibits submitted by the parties. Appearing at the motion hearing on November 17, 2010, was Ann Draper, as counsel for the Defendant, and Nick Heimlich as counsel for the Plaintiff.

//

//

//

---

1/2    [PROPOSED] Order re: Motion to dismiss or transfer venue

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED:

1. Defendant's amended motion to dismiss for improper venue under 28 U.S.C. § 1391(b), Fed. Rules of Civ. Proc. Rule 12(b)(3) and 28 U.S.C. § 1406 (a) is denied without prejudice.

2. Defendant's amended motion to transfer under 28 U.S.C. § 1404(a) is denied without prejudice.

Dated: November 29, 2010

/s/ John A. Mendez

Honorable Judge John A. Mendez
U.S. District Court, Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com