1  Nick Heimlich (SBN 233232)
        nick@nickheimlichlaw.com
2  **Law Offices of Nicholas D. Heimlich**
3  900 Lafayette Street, Suite 509
   Santa Clara, CA 95050
4  Tel: (408) 457-9364
   Fax: (408) 257-9904
5

6  **Attorneys for Plaintiff**
   **No Slippy Hair Clippy, Inc.**
7

8  Ann McFarland Draper (State Bar No. 065669)
        ann@draperlaw.net
9  **Draper Law Offices**
   601 Montgomery Street, Suite 1150
10 San Francisco, California 94111
   Tel: (415) 391-4200
11 Fax: (415) 989-4739

12 Ezra Sutton, Esq.
        esutton@ezrasutton.com
13 Joseph Sutton, Esq.
        jsutton@ezrasutton.com
14 **Ezra Sutton, P.A.**
   900 Route 9
15 Woodbridge, New Jersey 07095
   Tel: (732) 634-3520
16 Fax: (732) 634-3511

17 **Attorneys for Defendant**
   **Almar Sales Co., Inc.**
18

19                    UNITED STATES DISTRICT COURT
20
              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
21

22 | NO SLIPPY HAIR CLIPPY, INC.,              | Case No. 2:10-cv-01478 JAM-JFM |
   |---|---|
23 |                          Plaintiff,          | **STIPULATION AND ORDER OF** |
   |          vs.                                | **DISMISSAL WITH PREJUDICE** |
24 |                                             |  |
25 | ALMAR SALES CO., INC., and DOES 1-100, INCLUSIVE, |  |
26 |                          Defendants.          |  |

27
28

---
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and pursuant to a
2  settlement reached on July 22, 2011 by and between the parties to the above-entitled action which
3  is reflected in a written settlement agreement and co-existence use agreement, plaintiff **No Slippy
4  Hair Clippy, Inc.** and defendant **Almar Sales Co., Inc.**, the parties, by and through their counsel
5  of record, hereby stipulate and agree that the above-entitled action shall be, and hereby is,
6  DISMISSED WITH PREJUDICE.  Each of the parties shall bear his or its own attorneys' fees and
7  costs.  The Court shall retain jurisdiction to enforce the settlement.
8  IT IS SO STIPULATED.

Respectfully submitted,

DATED:  August 5, 2011    LAW OFFICES OF NICHOLAS D. HEIMLICH

By____/s/ Nick Heimlich_____
    Nick Heimlich

Attorneys for Plaintiff No Slippy Hair Clippy, Inc.

DATED:  August 5, 2011    DRAPER LAW OFFICES

LAW OFFICES OF EZRA SUTTON, P.C.

By_____/s/ Ann McFarland Draper_____
    Ann McFarland Draper

Attorneys for Defendant Almar Sales Co., Inc.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Plaintiff **No Slippy Hair Clippy, Inc.** and defendant **Almar Sales Co., Inc.**, being all of the parties of record in this action, having reached a settlement which is reflected in a written settlement agreement and co-existence use agreement, and having stipulated by and through their counsel of record, and the Court having accepted the stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each of the parties shall bear his or its own attorneys' fees and costs, and that the Court shall retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated:   August 5, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com